**Order filed September 9, 2021**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-08-00354-CV
_____

**BUSTER SIDNEY, Appellant**

**V.**

**EQUISTAR CHEMICALS, Appellee**

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 34263**

## ORDER

On January 15, 2009, this court abated this appeal because appellee petitioned for voluntary bankruptcy in the United States Bankruptcy Court for the Southern District of New York, under cause number 09-10023. *See* Tex. R. App. P. 8.2.

Through the Public Access to Court Electronic Records (PACER) system, the court has learned that the bankruptcy case was closed on April 22, 2021. The parties did not advise this court of the bankruptcy court action.

Unless within 20 days of the date of this order, any party to the appeal files a motion demonstrating good cause to retain this appeal, this appeal will be reinstated and dismissed for want of prosecution.


PER CURIAM

Panel Consists of Justices Jewell, Spain, Wilson.